# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **LAMAR A. WILLIAMS,** | * |  |
| Plaintiff | * |  |
| v. | * | CIVIL NO. JKB-17-0066 |
| **BALTIMORE COUNTY GOVERNMENT** *et al.*, | * |  |
| Defendants | * |  |

## MEMORANDUM AND ORDER

Plaintiff Lamar A. Williams has filed a "Response to April 18, 2017 Memorandum and Order." (ECF No. 30.) The Court clarifies that it did not require or request a response to its April 18 Memorandum and Order in which the Court ruled on several pending motions. (ECF No. 26.) The first portion of Williams's current filing is in the nature of a motion for reconsideration, which seemingly asks the Court to be aware of various factual allegations relating to the timeliness of Defendants' motion to dismiss and answer. (Pl.'s Resp. 2, Apr. 21, 2017.) The Court has ruled on that issue, and nothing in Williams's Response merits reconsideration of it. To the extent, therefore, that his Response is a motion for reconsideration, it is DENIED.

The second part of the Response takes issue with Defendant Baltimore County's answer to the complaint. (*Id.* 3-5.) Insofar as this may be considered a reply to Defendant's answer, the Court did not order one, pursuant to Federal Rule of Civil Procedure 7(a)(7), and the Court will

not consider it.  Insofar as the Response's second part should be considered an argument on the merits of the case, that is premature and of no effect.

The third portion of the Response is a complaint about the Court's ruling denying Williams's request for injunctive relief.  (*Id.* 5-6.)  To the extent it may also be a motion for reconsideration, it is DENIED.

The Clerk SHALL MAIL a copy of this memorandum and order to Plaintiff and to defense counsel.

DATED this 25th day of April, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge